**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __SALAMEH, Mohammad, A__  __34338-054__  __"H"__  __ADX U.S.P.-Max__
         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT           INSTITUTION

**Part A—REASON FOR APPEAL**  This is an Appeal to the Special Administrative Measures (SAM) which were imposed on me, unjustly and without investigation nor due process of law or BOP policy, by the U.S. Attorney General on March 18, 2005. These SAMs are unjustified, politically motovated and were imposed after NBC News' report without proper or complete investigations (if there are any) and were imposed on me to satisfy the media. And I can say with all confidence that I haven't done anything illegal nor violated the rules of the institution in order to justify such actions against me. Every incoming and outgoing mail was/were received or mailed out were with the full knowledge, awareness and approval of the S.I.S. Staff in ADX U.S. Penitentiary after being translated, reviewed, inspected and copied by the S.I.S. Staff. All of my telephone calls were monitored and recorded and copy from everything was given to the F.B.I. agent Andrew Stern every two to three months. Accordingly, I demand the suspension of all these unjustified Special Administrative Measures (SAM) and all other restrictions immediately. These SAMs are violations to the U.S. Constitution.  Note that I haven't received any incident reports to justify these SAMs, simply, because I haven't committed any prohibited act to justify any restrictions like these in SAMs.

__July 15, 2005__  
DATE

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED JUL 25 2005 ADMINISTRATIVE REMEDY BRANCH

---

DATE                                                                                     GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: __371374-A1__

**Part C—RECEIPT**                                                                       CASE NUMBER: _____

Return to: _____  _____  _____  _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____        BP-231(13)
DATE                                   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    APRIL 1982
USP LVN

**Administrative Remedy No. 371374-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you request the Special Administrative Measures (SAMs) to be removed, contending they are unjust, politically motivated, and violate the Constitution of the United States.

As you have been previously advised and recognized, your mail, telephone privileges, and visiting are subject to SAMs because the Attorney General determined your communications could result in death, serious injury to persons, and/or substantial damage to property. The authority for this action is derived from Title 28, Code of Federal Regulations § 501.3. For the foregoing reasons, your general correspondence, visiting, and telephone communications will continue to be restricted under these provisions, even in the absence of incident reports. You have received written advisement of the rationale.

We find the Warden and Regional Director adequately responded to the issues you raised in your appeal. Accordingly, your appeal is denied.

_9/26/2005_
Date

Harrell Watts, Administrator
National Inmate Appeals