

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2007

Joyce Ellen Rosendahl
P.O. Box 15966
Newport Beach, CA 92659

      Re: Mohammad Salameh

Dear Counsel:

  On March 17, 2007 the Special Administrative Measures (SAM) for Mohammad Salameh was extended for one year. Enclosed is a copy of your client's SAM and an affirmation acknowledging receipt of the SAM. Please sign the enclosed affirmation and return the original to our office.

          Very truly yours,

          Leslie Brown
          Assistant United States Attorney
          Southern District of New York

Enclosures

EXHIBIT 3 --- PAGE 1

## Attorney's Affirmation

JOYCE ROSENDAHL, pursuant to 28 C.F.R. § 501.3, hereby affirms under the penalties of perjury the truth of the following:

1. I am counsel of record for inmate Mohammad Salameh and have read the "Notification of Special Administrative Measures" dated March 17, 2007. By signing this affirmation, I acknowledge my awareness and understanding of the SAM provisions and my agreement to abide by those provisions, particularly those that relate to contact between the inmate and his attorney and the attorney's staff. My signing of this affirmation does not serve as an endorsement of the SAM or the conditions of confinement, and does not serve to attest to any of the factors that may have served as a basis for the imposition of the SAM.

_____
Joyce Ellen Rosendahl, Esq.

Dated: March 26, 2007
~~New York, New York~~
Newport Beach, California

EXHIBIT 3 --- PAGE 2