# EXH. 5 to Plaintiff's First Amended Complaint

## SALAMEH v. MUKASEY, et al.

## No. 07-CV-01561

## H-Unit Rec Schedule

# H UNIT RECREATION SCHEDULE

Effective April 1, 2007

**WEEK 1**

| 2007 | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| Range #1 | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages |
| Range #2 | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages |
| Range #3 | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation |
| Range #4 | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation |
| Cells 307 thru 310 | Rec with range #1 | Rec with range #1 | Rec with range #1 | Rec with range #1 | Rec with range #1 |

**WEEK #2**

| 2007 | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| Range#1 | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation |
| Range #2 | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation |
| Range #3 | Outside Cage | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages |
| Range #4 | Outside Cages | Inside Recreation | Outside Cages | Inside Recreation | Outside Cages |
| Cells 307 thru 310 | Rec with range #1 | Rec with range #1 | Rec with range #1 | Rec with range #1 | Rec with range #1 |

Effective with this schedule all inside recreation periods will be conducted at the discretion of the Unit Officer. Outside Cage recreation periods may be substituted for inside recreation based on Staff availability. Inmates in H unit are only allowed to go to a recreation area with other inmates from the same range. Recreation periods that are cancelled for any reason are not subject to make-up.

Week 1
7-8-07 to 7-14-07
7-22-07 to 7-28-07
8-5-07 to 8-11-07
8-19-07 to 8-25-07
9-2-07 to 9-8-07
9-16-07 to 9-22-07
9-30-07 to 10-6-07

Week 2
7-15-07 to 7-21-07
7-29-07 to 8-4-07
8-12-07 to 8-18-07
8-26-07 to 9-1-07
9-9-07 to 9-15-07
9-23-07 to 9-29-07
10-7-07 to 10-13-07

T. Gomez, Unit Manager