# EXH. 10 to Plaintiff's First Amended Complaint

SALAMEH v. MUKASEY, et al.

No. 07-CV-01561

Administrative Remedy

X-ray Food Trays

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: SALAMEH, Mohammad, A.    34338-054    "H"    ADX U.S.P.-Max  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** (Case # 408160-R1) The ADX U.S.Penitentiary's authority are using an X-Ray device to "inspect" all the three meals a day, twenty one (21) meals a week, 1095 meals a year, in "H" Unit, including all commissary food items when they arrive to the unit. And they were doing that for a long period of time. This X-Ray device is very dangerous to human being when consumes this X-Rayed food for a long period of time. I am not talking about X-Raying one or two meals a month randomly. The use of this X-Ray device is not related to a valid penological interest, especially, when they can use other types of methods to do the same work. Also the food trays are coming from the food Service Dept, not from outside of ADX such as incoming mail, packages,...etc. There is no need to endanger "H"Unit's prisoners' health in order to achieve some security work which, simply, can be achieved by some other safe methods. Accordingly, I demand that you stop using X-Ray devices to ispect my meals or any Commissary food items immediately. You can use other methods to achieve your security goals without endangering our lives. X-Ray harms my health more than a hunger strike!

July 13, 2006    M'hd  
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED JUL 25 2006 Administrative Remedy Section

---

DATE    GENERAL COUNSEL  
ORIGINAL: RETURN TO INMATE    CASE NUMBER: 408160-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION  
SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    BP-231(13)

Administrative Remedy No. 408160-A1
Part B - Response

You protest the routine x-ray of items entering your housing unit. You contend you are being harmed by consuming items which has been x-rayed, and that this process serves no legitimate penological purpose. You request these items no longer be examined via x-ray.

Our review of this matter reveals that both the Warden and the Regional Director have adequately addressed your concerns. This issue has been exhaustively studied by the U.S. Food & Drug Administration. There is no evidence of harmful effect as a result of consuming an item which has been x-rayed. Staff employ the x-ray to detect items of contraband intended for introduction into the housing unit. Protection against possible introduction of contraband is a legitimate penological objective.

Your appeal is denied.

_September 21, 2006_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals