IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

Plaintiff,

v.

MICHAEL MUKASEY, in his official capacity as U.S. Attorney General; et al.,

Defendants.

---

**RECOMMENDATION REGARDING
PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT AND BRIEF IN SUPPORT (DOCKET NO. 22)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on Plaintiff's Opposed Motion for Leave to File First Amended Complaint and Brief in Support (docket no. 22). The court has reviewed the subject motion and the response (docket no. 30) thereto. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and recommendation.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

In this case, Plaintiff's subject motion seeks to add five FBI agents and two additional BOP employees as defendants in their official capacities. Such amendments to the complaint would be futile pursuant to Kentucky v. Graham, 473 U.S. 159, 165 (1985) (a suit against a government agent or officer in his/her official capacity is a suit against the office that the employee holds and not against the actual employee).

Accordingly, the subject motion should be denied.

## RECOMMENDATION

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **RECOMMENDS**:

1. That Plaintiff's Opposed Motion for Leave to File First Amended Complaint and Brief in Support (docket no. 22) be **DENIED** and,

2. That each party pay their own attorney fees and costs for this motion.

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this recommendation to serve and file written, specific objections to the above recommendation with the District Judge assigned to the case.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, Thomas v. Arn, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions.  Makin v. Colorado Dep't of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Done this 18th day of March 2008.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE