IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

Plaintiff(s),

v.

ALBERTO GONZALES, in his official capacity as U.S. Attorney General; et al.,

Defendant(s).

---

## MINUTE ORDER

---

It is hereby ORDERED that Defendants' Unopposed Motion for Entry of a Protective Order (docket no. 32) is GRANTED. The written Protective Order (docket no. 32-2) is APPROVED and made an Order of Court.

Date: March 24, 2008