IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL. MUKASEY, et al.,

    Defendants.

## PROTECTIVE ORDER (Docket No 32-2)

Plaintiff's First Request for Production of Documents to Defendants requests, pursuant to Fed. R. Civ. P. 34, that the Defendants produce letters and publications that Plaintiff was not permitted to receive or send because of the imposition of the Special Administrative Measures. Plaintiff also requests the production of documents that are law enforcement sensitive and/or contain information regarding prison security and operations. Defendants objected to the disclosure of the requested information without the issuance of a Protective Order. Thereafter, the Defendant filed an Unopposed Motion for Issuance of a Stipulated Protective Order limiting the use of all disclosed documents to this litigation, and precluding Plaintiff and his attorney from disclosing the information to anyone not involved in this litigation. The motion further requests that the

Protective Order preclude Plaintiff's attorney from disclosing letters and publications to Plaintiff, that were rejected pursuant to the Special Administrative Measures, without further order of this Court, or the agreement of Defendants' counsel. Having considered Defendants' unopposed motion, IT IS HEREBY ORDERED:

1. Plaintiff and Plaintiff's attorney shall not disclose documents provided by Defendants in response to written discovery requests, or the information contained therein, to anyone except persons assisting Plaintiff's attorney in this litigation. Plaintiff's attorney shall require all persons having access to any disclosed information to sign a document indicating that they have read and agree to be bound by the terms of this Protective Order, and that they shall not make further disclosure of the records or information contained therein. Plaintiff's attorney and all other persons provided access to the records shall not use the records or the information contained therein, for any purpose other than this litigation.

2. Plaintiff's attorney shall not disclose letters and publications to Plaintiff, that were rejected pursuant to the Special Administrative Measures, without further order of the Court, or the agreement of Defendants' counsel. These documents shall be stamped "Confidential."

3. At the conclusion of this litigation, all copies of documents provided by Defendants shall be returned to the U.S. Attorney.

DATED this 21st day of March, 2008.

BY THE COURT:

_____
United States Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

The parties by their respective attorneys agree and stipulate to the entry of this PROTECTIVE ORDER.

*s/Joyce E. Rosendahl*
Joyce Ellen Rosendahl
Attorney for Plaintiff


*s/William Pharo*
William Pharo
Attorney for Defendant