# EXH. 3 to Plaintiff's First Amended Complaint

SALAMEH v. MUKASEY, et al.

No. 07-CV-01561

Administrative Remedy

2006 Extension of SAMs

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: SALAMEH, Mohammad, A.  34338-054  "H"  ADX U.S.P.-Max.
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

**Part A - REASON FOR APPEAL** (Case # 425111-R2) The reimposed Special Administrative Measures ("SAMs") violate the First, Fourth, Fifth, Sixth and Fourteenth Amendments of the U.S. Constitution. These reimposed SAMs are unfair, unconstitutional, illegal, unjustified and discriminatory. Also these SAMs were imposed and reimposed again without any violation from my side and without a Due Process and without any hearing before or after their imposition. I wasn't given the opportunity to respond or answer them or defend myself.

Accordingly, I demand the removal and the suspension of all these Special Administrative Measures and all other restrictions immediately because they are unfair, illegal, unjustified, unconstitutional and discriminatory and violate my basic prisoner and constitutional rights to.

Jan. 17, 2007  
DATE  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**  
JAN 2 5 2007  
Administrative Remedy Section  
Federal Bureau of Prisons

___
DATE  GENERAL COUNSEL  
ORIGINAL: RETURN TO INMATE  CASE NUMBER: 425111-A2

**Part C - RECEIPT**  
CASE NUMBER: ___

Return to: ___  
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION  
SUBJECT: ___

___  
DATE  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN  
BP-231(13)  
JUNE 2002

Administrative Remedy No. 425111-A2
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you request the Special Administrative Measures (SAMs) be removed, contending they violate your Constitutional rights.

As you have been previously advised, your mail, telephone and visiting privileges, are subject to SAMs because the Attorney General (AG) determined your communications could result in death, serious injury to persons, and/or substantial damage to property. Title 28, Code of Federal Regulations, § 501.3 furnishes the authority for this action. You have been advised the Bureau of Prisons neither imposes nor rescinds SAMs, but only implements the restrictions contained within. The restrictions identified in the notification provided to you will remain in effect until the AG determines otherwise.

We find the Warden and Regional Director adequately responded to the issues you raised in your appeal. Accordingly, your appeal is denied.

March 27, 2007
Date

Harrell Watts, Administrator
National Inmate Appeals