# EXH. 4 to Plaintiff's First Amended Complaint

## SALAMEH v. MUKASEY, et al.
## No. 07-CV-01561

Administrative Remedy

2007 Extension of SAMs

# Central Office Administrative Remedy Appeal

*...se ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-*
*...s must be submitted with this appeal.*

From: **SALAMEH, Mohammad A.**    **34338-054**    "**H**"    **ADX U.S.P.-Max.**
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** (Case # 448736-R1) On March 20, 2007, I received the Special Administrative Measures (SAMs) Extension for the third time and without any due process of any hearing by Disinterested Committee. These SAMs restrictions are unjustified, unfair, illegal, unhumane, oppressive, unconstitutional and a clear violation to the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments of the U.S. Constitution. And these SAMs contradict and violate statutes 18 U.S.C. §§ 3621, 4041 and 4042. The U.S. Attorney General, the BOP Central Office and the ADX's authorities have not presented any supported reason, evidence or justification for the imposition of these SAMs in the first place! Accordingly, I demand the removal and total suspension of ALL Special Administrative Measures (SAMs) imposed on me and all restrictions, if there are any, immediately.

P.S. This Central Office Appeal was filed on June 12, 2007, and mailed out on June 13, 2007, and for unknown reason was not received by your office. Please see Attached letter from ADX to verify and support my claim. Thank you.

**July 13, 2007**
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

JUL 2 6 2007

Administrative Remedy Section
Federal Bureau of Prisons

---

DATE

ORIGINAL: RETURN TO INMATE                    GENERAL COUNSEL
                                                      CASE NUMBER: **448736-A1**

**Part C - RECEIPT**

                                                               CASE NUMBER: _____

Return to: _____

SUBJECT: _____      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

DATE                                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                  PRINTED ON RECYCLED PAPER                                    BP-231(13)

**Administrative Remedy No. 448736-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you object to the extension of the Special Administrative Measures (SAMs). You contend its restrictions violate your constitutional rights, and no evidence has been presented to support their imposition. You request the SAMs be rescinded in its entirety.

As you have been made aware, the authority for the SAMs action is derived from 28 CFR § 501.3. As per this regulation, the Attorney General may impose SAMs if there is substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of death or serious bodily injury to persons. They are restrictions to ensure your communications do not place the safety or security of the public, other inmates, or staff at risk.

The SAM was implemented because you were convicted in the 1993 World Trade Center bombing and are serving a sentence of 116 years, 11 months. Records show you rented a locker used to store bomb components, the apartment used as a bomb-making laboratory, and the truck used in the attack. Based on your proclivity for violence, the AG found there is substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of serious bodily injury to persons.

You may object to the provisions of the SAMs, but as you were appropriately advised, the Bureau merely informs you of the requirements of the SAMs, and ensures the measures are followed. If you have any specific concerns about a particular restriction, you may address it, and we will respond accordingly. The continued need of the SAM is reviewed annually, and it will remain in place until the Attorney General determines it is no longer necessary.

We therefore concur with the responses provided. Accordingly, your appeal is denied.

October 2, 2007
Date

Harrell Watts, Administrator
National Inmate Appeals