# EXH. 9 to Plaintiff's First Amended Complaint

## SALAMEH v. MUKASEY, et al.

## No. 07-CV-01561

Administrative Remedy

Personal Hygiene & Cell Sanitation Policies

# U.S. Department of Justice
Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **SALAMEH, Mohammad, A.**  **34338-054**  **"H"**  **ADX U.S.P.-Max**
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A—REASON FOR APPEAL**

Staff in "H" Unit in ADX U.S. Penitentiary-Max. do not collect trash on daily or nightly basis, as the Warden claims. Also staff do not distribute cleaning supply and hygiene items three times per week. Twice a week aren't enough, especially, when staff do not have enough fingernail and toenail clippers for all of the unit's prisoners. Cleaning supply is very crucial in ADX, particularly, in "H" Unit. Today I spoke with Lieutenant MANLY of "H" Unit concerning this matter and he told me that only three (3) times per week trash will be collected not on nightly basis as the Warden claims. Three times a week for collection of trash is not sufficient at all and will allow all bad smells to come out and will bugs, flies,...etc. to find a very good environment to live in.

I demand the distribution of cleaning supplies & hygienic items at least three times per week in order to maintain a healthy environment and healthy and clean prisoners. Also I demand the collection of trash by staff every day or and every night, not twice nor thrice a week in order to maintain a clean, healthy, and living environment in "H" Unit in ADX U.S.P.-Max.

October 12, 2005
DATE — SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 385348 A1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: _____

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982
USP LVN

**Administrative Remedy No. 385348-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you claim staff do not collect trash from the unit or distribute cleaning and hygiene supplies consistently. You demand the distribution of the supplies at least three times each week, and trash collection at least once each day.

As noted in Remedy 380131-A1, Program Statement, <u>Occupational Safety and Environmental Health</u>, requires qualified department staff members to inspect housing areas for fire safety, safety and sanitation each week. Many staff tour each area of the institution each day evaluating compliance to fire safety, safety, and sanitation standards. We found no information supporting your claim.

Institution Supplement 5321.07C(2), <u>ADX High Security Unit Operations</u>, addresses unit sanitation, placing Unit Officers-In-Charge responsible for the sanitation of all housing units. It also requires a member of the unit team and the unit officer to make frequent sanitation inspections of the entire unit, to include each cell and common use areas. It mandates consistent maintenance of sanitation at high levels.

Aside from your assertions, we found no information to show inmates are not given regular and sufficient opportunities to clean their cells, removal of trash, or provision of hygiene items. It is reasonable to anticipate, institutional operations will be occasionally interrupted by unforseen events. Should such deviations occur and become a concern to you, we also encourage you to address the issue with staff.

Otherwise, we find no reason to modify the schedules approved by the Warden. Accordingly, your appeal is denied.

_December 20, 2005_
Date

_Harrell Watts_, Administrator
National Inmate Appeals