# EXH. 11 to Plaintiff's First Amended Complaint

SALAMEH v. MUKASEY, et al.

No. 07-CV-01561

Administrative Remedy

Excessive Night Noise

| | Justice | | Central Office Administrative Remedy Appeal |
|---|---|---|---|

of Prisons

ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-
ast be submitted with this appeal.

| SALAMEH, Mohammad, A. | 34338-054 | "H" | ADX U.S.P.-MAX. |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** (Case #462532-R1) For over two (2) years since my placement in "H" Unit in March 2005, and I am suffering from sleeping disorder because of the GRILLS & GATES opening and locking every night at count times, particularly, in "B" Range which has five (5) grills and three (3) gates. Correctional officers, intentionally or/and carelessly, make and cause unbearable noise when they open and lock these grills & gates every single night. Also Officers sometimes BUFF in the middle of the night and after while everyone is asleep. This unbearable and intolerable noise makes me unable to sleep and if I am asleep it makes me up and this disruption to my sleep at night caused me frequent headaches and depression. The problem is the guards are aware but they don't care! This deliberate and excessive noise during the night is a violation to the Eighth Amendment of the U.S. Constitution, because, it is a method for "Sleep Deprivation" and it is used in connection with torture, and this is NO JOKE. Note that most of prisoners in "H" Unit are MUSLIMS and in "B" Range all of them are MUSLIMS. Accordingly, I demand the fix of this serious problem immediately by adding certain materials to these Grills & Gates in order to absorb the impact resulted from locking these grills & gates. Also officers have to stop buffing during the night and need to be more considerate and careful, not careless and inhumane.

Oct. 2, 2007
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

OCT 0 9 2007

Administrative Remedy Section
Federal Bureau of Prisons

| DATE | | GENERAL COUNSEL | |
|---|---|---|---|
| ORIGINAL: RETURN TO INMATE | | CASE NUMBER: 462532-A1 | |

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN           PRINTED ON RECYCLED PAPER                                    BP-231(13)
                                                                                JUNE 2002

Administrative Remedy No. 462532-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you complain that the opening and closing of the range grill doors makes it impossible to sleep. You request an immediate fix or that pads to the grills be added to stop the noise level.

Our review reveals that the Warden and Regional Director adequately responded to the issues you raised in your appeal. As noted in your response from the Regional Director, your claim was reviewed and noise levels in the unit were at acceptable levels. The adding of padding to the grill doors to eliminate noise would interfere with the secure and orderly running of the institution. The safety and security of the institution is paramount. We therefore concur with the responses provided.

Your appeal is denied.

November 29, 2007
Date

Harrell Watts, Administrator
National Inmate Appeals