IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

---

**ORDER** (Docket No. 58)

---

The Court, having reviewed the Unopposed Motion to Take Deposition of Mohammad Amin Salameh, and sufficient cause appearing, hereby GRANTS the motion. Defendants shall be permitted to take the deposition of Mohammad Amin Salameh.

Dated this 8th day of August, 2008.

BY THE COURT:

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**