IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.  07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

**MINUTE ORDER**
(DN 66-1)

    It is hereby ORDERED that the Second Protective Order as to Discovery Documents (docket no. 66) is GRANTED.  The written Second Protective Order as to Discovery Documents (docket no. 66-1) is APPROVED and made an Order of Court.

Date:  September 3, 2008