IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

---

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF DISCOVERY (Docket No. 71)

---

The Court, having considered Plaintiff's UNOPPOSED MOTION TO STAY DEPOSITION AND DISCOVERY PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, hereby GRANTS the motion.

It is ORDERED that Plaintiff's deposition on September 18, 2008 be STAYED. The deposition shall be rescheduled before the fact discovery deadline. It is ORDERED that the discovery and dispositive motions deadlines are STAYED as follows:

    Fact Discovery: November 3, 2008.      Dispositive Motions: December 3, 2008.

DATED this 17th day of September, 2008.

_____
U.S. ~~MAGISTRATE JUDGE~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**