# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et. al.,

    Defendants.

## DECLARATION OF BENJAMIN BRIESCHKE

I, Benjamin J. Brieschke, hereby declare the following to be true and correct to the best of my knowledge pursuant to 28 U.S.C. § 1746:

1. I am an Attorney Advisor at the United States Department of Justice, Federal Bureau of Prisons ("Bureau") facility known as the Federal Correctional Complex ("FCC"), Florence, Colorado. I have been so employed since April 2004.

2. As part of my official duties, I have access to records maintained in the ordinary course of business by the Bureau, including administrative remedy requests of federal inmates, information maintained in the SENTRY[1] database and inmate central files. One of my assigned duties is to assist in the interpretation and application of the Special Administrative Measures (SAMs) that have been placed upon numerous inmates that are confined at the ADX. This includes the plaintiff in this case.

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

3. I am aware of the allegations made by the plaintiff in his Motion For Protective Order Pursuant To Federal Rule Of Civil Procedure 26(c), which was filed on September 15, 2008. (Docket Number 70). I make this declaration in support of the Defendant's Response.

4. Plaintiff is currently housed, and has been housed in H-Unit since March 18, 2005. Since plaintiff has been housed in H- Unit, I have spoken with him on numerous occasions regarding various issues. I have always spoken to plaintiff in English and he has always spoken to me in English. I have never had a problem understanding plaintiff. I don't change my style of speaking when I have spoken to plaintiff, and plaintiff has never indicated to me that he could not understand me. Additionally, I never got the impression that he could not understand me.

5. Based upon my personal interaction with plaintiff, I believe that plaintiff speaks and understands English, and does not need an interpreter.

I declare that the foregoing is true and correct under penalty of perjury to the best of my knowledge this ____ day of September, 2008.

Ben Brieschke
Attorney Advisor
FCC Florence