IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

## MINUTE ORDER

    It is hereby **ORDERED** that Plaintiff's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) (docket no. 70) is **DENIED**. Plaintiff admits in the subject motion (docket no. 70) that he does read and write English. *See* paragraph 4 in the subject motion (docket no. 70). Moreover, Jose Arroyo, Plaintiff's BOP (Bureau of Prisons) Correctional Counselor since 2006, Aloma Kidwiler, a Special Investigation Support Technician at ADX since October 2002, and, Benjamin J. Brieschke, a BOP Attorney Advisor at the Federal Correctional Complex in Florence, Colorado, have all communicated with Plaintiff in English on many occasions and Plaintiff has not indicated any problems communicating in English. *See* exhibits D, E, and F attached to Defendants' response (docket no. 75). Furthermore, on May 3, 2000, Plaintiff provided a deposition, entirely in English, in connection with a *Bivens* lawsuit alleging excessive force against the BOP personnel at the Lompoc, California facility. Salameh v. Garcia, No. CV 98-8493-SVW (EE). Accordingly, there is no basis for this court to order the Defendants to provide an Arabic interpreter during Plaintiff's deposition. However, Plaintiff may hire his own certified interpreter for such deposition and pay the costs of such interpreter. Any Arabic interpreter hired by Plaintiff for such deposition shall be required to obtain appropriate security clearances in compliance with Plaintiff's Special Administrative Measures (SAMS) and must follow all rules and regulations of the BOP.

Date: September 24, 2008