IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

   Plaintiff,

v.

MICHAEL MUKASEY, et al.,

   Defendants.

---

## (~~PROPOSED~~) ORDER VACATING AND RESETTING FINAL PRETRIAL CONFERENCE ( Docket No. 78 )

---

The Court, having considered Plaintiff's UNOPPOSED MOTION TO VACATE AND RESET THE FINAL PRETRIAL CONFERENCE SET FOR DECEMBER 10, 2008, hereby GRANTS the motion. It is ORDERED that:

The Final Pretrial Conference set on December 10, 2008, at 8:30 a.m. is vacated and rescheduled on FEBRUARY 05, 2009 at 9:00 A.m.

The Proposed Final Pretrial Conference Order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov on or before JANUARY 30, 2009.

DATED this 13TH day of November, 2008.

/s/ Michael J. Watanabe
U.S. MAGISTRATE JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO