# Exhibit A-2
# Defendants' Motion for Summary Judgment

*Salameh v. Mukasey, et al.*
Civil Action No. 07-cv-01561-WYD-MJW

```
   FLMF4  531.01 *              INMATE HISTORY              *     01-02-2009
   PAGE 001      *                ADM-REL                   *       10:36:47

   REG NO..: 34338-054 NAME....: SALAMEH, MOHAMMAD
   CATEGORY: ARS       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-20-2006 1601 CURRENT
6-N    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-20-2006 1801 07-20-2006 1801
6-N    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-20-2006 1235 07-20-2006 1801
BUH    TRANSFER    TRANSFER                      07-20-2006 1235 07-20-2006 1235
BUH    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-06-2006 1342 07-20-2006 1235
5-Z    RELEASE     RELEASED FROM IN-TRANSIT FACL 04-06-2006 1342 04-06-2006 1342
5-Z    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-06-2006 0802 04-06-2006 1342
FLM    TRANSFER    TRANSFER                      04-06-2006 0602 04-06-2006 0602
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 10-04-2002 1113 04-06-2006 0602
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-04-2002 1313 10-04-2002 1313
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-04-2002 0900 10-04-2002 1313
OKL    HLD REMOVE  HOLDOVER REMOVED              10-04-2002 0800 10-04-2002 0800
OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 09-26-2002 1845 10-04-2002 0800
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-26-2002 1945 09-26-2002 1945
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-26-2002 1318 09-26-2002 1945
LOM    TRANSFER    TRANSFER                      09-26-2002 1018 09-26-2002 1018
LOM    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-10-2000 1028 09-26-2002 1018
LOM    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 04-10-2000 0849 04-10-2000 1028
LOM    A-DES       DESIGNATED, AT ASSIGNED FACIL 10-22-1999 1217 04-10-2000 0849
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-22-1999 1517 10-22-1999 1517
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-22-1999 0740 10-22-1999 1517
OKL    HLD REMOVE  HOLDOVER REMOVED              10-22-1999 0640 10-22-1999 0640
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-14-1999 1635 10-22-1999 0640
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-14-1999 1735 10-14-1999 1735
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-14-1999 0808 10-14-1999 1735
NYM    HLD REMOVE  HOLDOVER REMOVED              10-14-1999 0808 10-14-1999 0808
NYM    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-07-1999 1830 10-14-1999 0808
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-07-1999 1830 10-07-1999 1830
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-07-1999 1049 10-07-1999 1830
ATL    HLD REMOVE  HOLDOVER REMOVED              10-07-1999 1049 10-07-1999 1049
ATL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  09-30-1999 1328 10-07-1999 1049
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-30-1999 1328 09-30-1999 1328
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-30-1999 0908 09-30-1999 1328
ATL    HLD REMOVE  HOLDOVER REMOVED              09-30-1999 0908 09-30-1999 0908
ATL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  09-29-1999 1945 09-30-1999 0908
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-29-1999 1945 09-29-1999 1945
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-29-1999 0915 09-29-1999 1945
OKL    HLD REMOVE  HOLDOVER REMOVED              09-29-1999 0815 09-29-1999 0815
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  09-24-1999 1815 09-29-1999 0815
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-24-1999 1915 09-24-1999 1915
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-24-1999 1342 09-24-1999 1915


G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMF4   531.01 *              INMATE HISTORY                *      01-02-2009
PAGE 002           *                ADM-REL                    *        10:36:47

   REG NO..: 34338-054 NAME....: SALAMEH, MOHAMMAD
   CATEGORY: ARS         FUNCTION: PRT         FORMAT:

FCL      ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
LOM      FED WRIT    RELEASE ON FEDERAL WRIT       09-24-1999 1042 10-22-1999 1217
LOM      A-DES       DESIGNATED, AT ASSIGNED FACIL 03-11-1999 1306 09-24-1999 1042
A02      RELEASE     RELEASED FROM IN-TRANSIT FACL 03-11-1999 1606 03-11-1999 1606
A02      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-11-1999 1030 03-11-1999 1606
SET      HLD REMOVE  HOLDOVER REMOVED              03-11-1999 0730 03-11-1999 0730
SET      A-HLD       HOLDOVER, TEMPORARILY HOUSED  03-10-1999 1220 03-11-1999 0730
A02      RELEASE     RELEASED FROM IN-TRANSIT FACL 03-10-1999 1520 03-10-1999 1520
A02      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-10-1999 0800 03-10-1999 1520
OKL      HLD REMOVE  HOLDOVER REMOVED              03-10-1999 0700 03-10-1999 0700
OKL      A-HLD       HOLDOVER, TEMPORARILY HOUSED  03-04-1999 1640 03-10-1999 0700
A01      RELEASE     RELEASED FROM IN-TRANSIT FACL 03-04-1999 1740 03-04-1999 1740
A01      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-04-1999 0933 03-04-1999 1740
NYM      HLD REMOVE  HOLDOVER REMOVED              03-04-1999 0933 03-04-1999 0933
NYM      A-HLD       HOLDOVER, TEMPORARILY HOUSED  03-03-1999 1133 03-04-1999 0933
A01      RELEASE     RELEASED FROM IN-TRANSIT FACL 03-03-1999 1133 03-03-1999 1133
A01      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-03-1999 0908 03-03-1999 1133
NYM      HLD REMOVE  HOLDOVER REMOVED              03-03-1999 0908 03-03-1999 0908
NYM      A-HLD       HOLDOVER, TEMPORARILY HOUSED  01-13-1999 1647 03-03-1999 0908
A01      RELEASE     RELEASED FROM IN-TRANSIT FACL 01-13-1999 1647 01-13-1999 1647
A01      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-13-1999 0735 01-13-1999 1647
ATL      HLD REMOVE  HOLDOVER REMOVED              01-13-1999 0735 01-13-1999 0735
ATL      A-HLD       HOLDOVER, TEMPORARILY HOUSED  01-12-1999 1810 01-13-1999 0735
A01      RELEASE     RELEASED FROM IN-TRANSIT FACL 01-12-1999 1810 01-12-1999 1810
A01      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-12-1999 1000 01-12-1999 1810
OKL      HLD REMOVE  HOLDOVER REMOVED              01-12-1999 0900 01-12-1999 0900
OKL      A-HLD       HOLDOVER, TEMPORARILY HOUSED  01-06-1999 1900 01-12-1999 0900
A02      RELEASE     RELEASED FROM IN-TRANSIT FACL 01-06-1999 2000 01-06-1999 2000
A02      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-06-1999 1300 01-06-1999 2000
LOM      FED WRIT    RELEASE ON FEDERAL WRIT       01-06-1999 1000 03-11-1999 1306
LOM      A-DES       DESIGNATED, AT ASSIGNED FACIL 02-04-1998 1304 01-06-1999 1000
A02      RELEASE     RELEASED FROM IN-TRANSIT FACL 02-04-1998 1604 02-04-1998 1604
A02      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-04-1998 0815 02-04-1998 1604
OKL      HLD REMOVE  HOLDOVER REMOVED              02-04-1998 0715 02-04-1998 0715
OKL      A-HLD       HOLDOVER, TEMPORARILY HOUSED  02-02-1998 1630 02-04-1998 0715
A02      RELEASE     RELEASED FROM IN-TRANSIT FACL 02-02-1998 1730 02-02-1998 1730
A02      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-02-1998 1518 02-02-1998 1730
LVN      TRANSFER    TRANSFER                      02-02-1998 1418 02-02-1998 1418
LVN      A-DES       DESIGNATED, AT ASSIGNED FACIL 12-20-1995 1105 02-02-1998 1418
A01      RELEASE     RELEASED FROM IN-TRANSIT FACL 12-20-1995 1205 12-20-1995 1205
A01      A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-20-1995 0800 12-20-1995 1205
OKL      HLD REMOVE  HOLDOVER REMOVED              12-20-1995 0700 12-20-1995 0700




G0002        MORE PAGES TO FOLLOW . . .
```

```
FLMF4   531.01 *            INMATE HISTORY              *      01-02-2009
PAGE 003 OF 003 *              ADM-REL                  *      10:36:47

REG NO..: 34338-054 NAME....: SALAMEH, MOHAMMAD
CATEGORY: ARS          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED 12-18-1995 1710 12-20-1995 0700
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-18-1995 1810 12-18-1995 1810
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-18-1995 0845 12-18-1995 1810
LEW    HLD REMOVE  HOLDOVER REMOVED             12-18-1995 0845 12-18-1995 0845
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED 08-11-1995 0951 12-18-1995 0845
4-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-11-1995 0951 08-11-1995 0951
4-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-11-1995 0934 08-11-1995 0951
NYM    HLD REMOVE  HOLDOVER REMOVED             08-11-1995 0934 08-11-1995 0934
NYM    A-HLD       HOLDOVER, TEMPORARILY HOUSED 07-22-1995 2024 08-11-1995 0934
3-L    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-22-1995 2024 07-22-1995 2024
3-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-22-1995 1456 07-22-1995 2024
LVN    FED WRIT    RELEASE ON FEDERAL WRIT      07-22-1995 1356 12-20-1995 1105
LVN    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-25-1994 1153 07-22-1995 1356
3-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-25-1994 1253 05-25-1994 1253
3-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-25-1994 0801 05-25-1994 1253
LEW    HLD REMOVE  HOLDOVER REMOVED             05-25-1994 0801 05-25-1994 0801
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED 05-24-1994 2137 05-25-1994 0801
3-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-24-1994 2137 05-24-1994 2137
3-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-24-1994 0550 05-24-1994 2137
LEW    FED WRIT    RELEASE ON FEDERAL WRIT      05-24-1994 0550 05-24-1994 2137
LEW    A-PRE       PRE-SENTENCE ADMISSION       03-05-1994 0554 05-24-1994 0550
NYM    PRE REMOVE  PRE SENT DETAINEE REMOVED    03-04-1994 1454 03-05-1994 0554
NYM    A-PRE       PRE-SENTENCE ADMISSION       03-04-1993 2143 03-04-1994 1454




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```