# Exhibit A-10
## Defendants' Motion for Summary Judgment

*Salameh v. Mukasey, et al.*
Civil Action No. 07-cv-01561-WYD-MJW



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

Florence, CO 81226

June 16, 2008

MEMORANDUM FOR ALL CONCERNED

FROM: D. Sproul, Unit Manager

SUBJECT: **Implementation of Special Administrative Measures (SAM) Concerning Access to Televison Channels**

Recently, a modification of your SAM was made. The terms of this modification allow, among other things, you to have greater access to television channels. Specifically, you are now permitted access to ABC, NBC, CBS, and FOX, in accordance with Federal Bureau of Prisons' policies. You are still restricted from access to channels which primarily broadcast news. Accordingly, you will now have access to the following channels, effective June 20, 2008:

| CHANNEL # | PROGRAM |
|---|---|
| Channel 5 | KOAA (NBC) |
| Channel 6 | ADX Education |
| Channel 7 | ADX Recreation |
| Channel 9 | KXRM (FOX) |
| Channel 10 | The Discovery Channel (DSC) |
| Channel 11 | KKTV (CBS) |
| Channel 13 | KRDO (ABC) |
| Channel 14 | ADX Psychology & Religious Services |
| Channel 15 | Home Shopping Network (HSN) |
| Channel 18 | QVC (QVC) |
| Channel 19 | ADX Bulletin Channel |
| Channel 20 | The Learning Channel (TLC) |
| Channel 21 | ABC Family (FAM) |
| Channel 22 | Cartoon Network (pacific) (TOONP) |
| Channel 23 | Turner Network TV (TNT) |
| Channel 24 | Fox Sports Rocky Mountain (FSR) |

MAS00015

| Channel | Name |
|---|---|
| Channel 25 | VHI -Video Hits One (VHI) |
| Channel 26 | A & E Network (ARTS) |
| Channel 27 | Animal Planet (ANIMAL) |
| Channel 28 | ESPN (ESPN) |
| Channel 29 | ESPN2 (ESPN2) |
| Channel 30 | Comedy Central (Pacific) (COMEDYP) |
| Channel 31 | SPIKE TV (SPIKETV) |
| Channel 32 | Country Music Television (CMTV) |
| Channel 33 | E! Entertainment Television (pacific) (ETVP) |
| Channel 34 | Nickelodeon (NIK) |
| Channel 35 | Lifetime (LIFE) |
| Channel 36 | The History Channel (HISTORY) |
| Channel 38 | USA Network (USA) |
| Channel 40 | MTV -Music Television (MTV) |
| Channel 41 | AMC (AMC) |
| Channel 43 | Disney Channel (pacific) (DISNP) |
| Channel 45 | Sci-Fi Channel (pacific) (SCIFI) |
| Channel 48 | Food Network (pacific) (FOODP) |
| Channel 49 | Hallmark Channel (HALLMARK) |
| Channel 51 | The Travel Channel (TRAV) |
| Channel 52 | PAX TV Satellite Feed (Mountain) (PAXSATM) |
| Channel 55 | The Weather Channel (TWC) |
| Channel 56 | Nick at Nite's TV Land (pacific) (TVLANDP) |
| Channel 57 | Turner Classic Movies (TCM) |
| Channel 58 | FX Networks Inc. (FX) |
| Channel 59 | Home & Garden Television (HGTV) |
| Channel 61 | Altitude (ALT) |
| Channel 62 | MUZAK 1 |
| Channel 63 | MUZAK Spanish |