# Exhibit C-1
**Defendants' Motion for Summary Judgment**

*Salameh v. Mukasey, et al.*
Civil Action No. 07-cv-01561-WYD-MJW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

---

## DECLARATION OF SYLVIA T. KASER

---

I, Sylvia T. Kaser, pursuant to 28 U.S.C. §1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above entitled matter:

1. I am a Trial Attorney in the Counterterrorism Section (CTS) of the National Security Division (NSD), U.S. Department of Justice. As a member of the staff of CTS for the past six years, my responsibilities have included the prosecution of terrorism cases. Prior to that time, I was employed by the Federal Programs Branch of the Civil Division, U.S. Department of Justice, for twelve years.

2. I have reviewed the documents attached as exhibits to this Declaration, and I hereby certify that they are true and correct copies of documents maintained in DOJ files.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on this 7th day of January, 2009, at Washington, D.C.

_____
Sylvia T. Kaser