IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

   Plaintiff,

v.

MICHAEL MUKASEY, et al.,

   Defendants.

---

ORDER

---

THIS MATTER is before the Court on the Motion to Withdraw as Counsel, filed by Attorney Joyce Ellen Rosendahl on January 22, 2009 [#100], the Joint Motion to Vacate Final Pretrial Conference and Set Status Conference, filed January 23, 2009 [#102], and various motions filed *pro se* by Plaintiff. A hearing on the motions took place on Thursday, January 29, 2009, at 11:00 a.m. For the reasons set forth on record at the hearing, it is hereby

ORDERED that the Motion to Withdraw as Counsel, filed by Attorney Joyce Ellen Rosendahl on January 22, 2009 [#100] is **DEFERRED**. Counsel for Plaintiff shall meet with Plaintiff and advise the Court on or before **Friday, February 13, 2009** regarding the status of the Motion to Withdraw. It is

FURTHER ORDERED that the Joint Motion to Vacate Final Pretrial Conference and Set Status Conference, filed January 23, 2009 [#102] is **GRANTED**. In accordance therewith, the deadline for Plaintiff to respond to Defendant's Motion for Summary

Judgment, filed January 15, 2009, is vacated to be reset by the Court at a later date. In addition, the Final Pretrial Conference, scheduled for **Thursday, February 5, 2009** before Magistrate Judge Watanabe is **VACATED** to be reset by the Court at a later date. It is

FURTHER ORDERED that Plaintiff's *pro se* motions styled "Plaintiff's Motion for Appointment of Counsel," filed January 28, 2009 [#106]; "Plaintiff's Motion to Receive All Discovery Material From Defendants," filed January 29, 2009 [#107]; and "Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment," filed January 29, 2009 [#108] are all **STRICKEN**. Because Plaintiff is currently represented by Counsel, the Court will not consider a motion filed *pro se*.

Dated: January 29, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge