IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: January 29, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **07-cv-01561-WYD-MJW**   Counsel:

**MOHAMMAD AMIN SALAMEH**,   Joyce E. Rosendahl

    Plaintiff,

v.

**ALBERTO GONZALES, et al.**,   Susan B. Prose

    Defendants.

## COURTROOM MINUTES

**HEARING ON PLAINTIFF'S MOTION TO WITHDRAW COUNSEL**

**11:07 a.m.**  Court in Session

APPEARANCES OF COUNSEL. Joyce E. Rosendahl appears by telephone. Plaintiff appears via video conference.

Court's opening remarks.

Plaintiff's Motion to Withdraw as Counsel [doc. #100], filed January 22, 2009, and Joint Motion to Vacate Final Pretrial Conference and Set Status Conference [doc. #102], filed January 23, 2009, are raised for argument.

11:12 a.m.  Argument by Plaintiff (Ms. Rosendahl).

11:16 a.m.  Ms. Prose leaves the courtroom.

11:16 a.m.  Argument by Plaintiff (Ms. Rosendahl).

| | |
|---|---|
| 11:20 a.m. | Statement by Plaintiff (Mr. Salameh). |
| 11:31 a.m. | Argument by Plaintiff (Ms. Rosendahl). |
| 11:35 a.m. | Statement by Plaintiff (Mr. Salameh). |
| 11:37 a.m. | Ms. Prose returns to the courtroom. |
| 11:43 a.m. | Statement by Laura Reuter on behalf of the University of Colorado Student Law Office. |
| **ORDERED:** | Plaintiff's Motion to Withdraw as Counsel [doc. #100], filed January 22, 2009, is **DEFERRED.** |
| **ORDERED:** | Joint Motion to Vacate Final Pretrial Conference and Set Status Conference [doc. #102], filed January 23, 2009, is **GRANTED.** |
| **ORDERED:** | The final pretrial conference set before Magistrate Judge Michael J. Watanabe on Thursday, February 5, 2009, at 9:00 a.m., in courtroom A-502, is **VACATED.** |
| **ORDERED:** | Ms. Rosendahl shall meet with her client for further discussions. |
| **ORDERED:** | Plaintiff shall file a status report related to the motion to withdraw as counsel. |
| **ORDERED:** | This hearing is **CONTINUED.** |
| **11:46 a.m.** | Court in Recess - HEARING CONTINUED |

**TOTAL TIME:   0:39**