IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Motion for Entry of Third Protective Order (docket no. 119) is GRANTED over the Pro Se Incarcerated Plaintiff's Objections (Response)(docket no. 123) finding good cause shown.  I incorporate by reference, those reasons for granting the subject motion (docket no. 119) as outlined in the subject motion (docket no.119).  The written Protective Order (docket no. 119-2) is APPROVED as amended in paragraphs 3, 9, 11 and 15 and made an Order of Court.  This Third Protective Order supersedes the prior Protective Order entered by this Court on August 28, 2008.  *See* docket nos. 66, 68 and 69).

Date: May 12, 2009