# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

      Plaintiff,

v.

MICHAEL MUKASEY, et al.,

      Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO RETAIN THE CONFIDENTIALITY OF CERTAIN DOCUMENTS PURSUANT TO THE THIRD PROTECTIVE ORDER
( Docket No. 134 )

---

The Court, having reviewed the Unopposed Motion to Retain the Confidentiality of Certain Documents Pursuant to the Third Protective Order, hereby GRANTS the motion. It is ORDERED as follows:

1.    Plaintiff initially objected to the confidential designation on certain pieces of his incoming and outgoing correspondence and translations of that correspondence, as well as rejection notices that identify his correspondents. These documents shall retain the confidential designation as defined in the Third Protective Order. These documents are found at US 1228 to US 1261; US 1283 to US 1287; US 1299 to US 1343; US 1356 to US 1363; US 1376 to US 1397; US 1410 to US 1413; US 1414 to US 1415; US 1420 to US 1426; US 1435 to US 1449; US 1453 to US 1460; US 1476 to US 1485; US 1525 to US 1529; US 1545 to US 1560; US 1565 to US 1568; US 1577 to US 1596; US 1613 to US 1621; US 1791 to US 1792; US 1810 to US 1814; US 1831 to US 1835; US 1929 to US 1931; US 1937 to US 1939; US 1977 to US 1981; US 1984 to US 1986; US 2009; US 2158; US 2172; US 2175; US 2178; US 2181; US 2184; US 2187 to US 2188; US 2195; US 2596 to US 2601; US 2629 to US 2631; US 2952 to US 2957; US 3032 to US 3035; US 3043 to US 3047; US 3118 to US 3119; US 3174; US 3221 to US 3222; US 3225; US 3229 to US 3230; US 3235 to US 3236; US 3243; US 11855 to US 11921.

2.    Plaintiff initially objected to the confidential designation on certain documents found in the "FOI Exempt" portion of his Central File. These documents shall retain the confidential designation as defined in the Third Protective Order. These documents are found at US 690 to US 709; US 712 to US 722; US 808 to US 841.

3.   By agreement of the parties, the confidential designation shall be removed from the following documents:   US 638 to US 689; US 710 to US 711; US 723 to US 725; US 1657 to US 1687; US 1689 to US 1692; US 1734 to US 1749; US 1753 to US 1754; US 2299 to US 2311.

4.   This Order does not alter or affect any documents other than the pages specifically referenced herein.

DATED this 24 day of July , 2009.

BY THE COURT:

United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2