# Exhibit A-1

*Salameh v. Mukasey, et al.*
Civil Action No. 07-cv-01561-WYD-MJW



U.S. Department of Justice

*David M. Gaouette*
United States Attorney
District of Colorado
Civil Division

1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, Colorado 80202

(303) 454-0100
(FAX) (303) 454-0404

October 7, 2009

**VIA HAND DELIVERY BY BOP PERSONNEL**

Mohammad Amin Salameh
Reg. No. 34338-054
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Re: *Salameh v. Mukasey*, Civil Action No. 07-cv-01561-WYD-MJW

Dear Mr. Salameh:

I write in reference to your "Motion to Order Defendants to Provide Plaintiff with all Copies (Xerox) Needed for Handwritten Documentations" ("Motion"). Doc. 142. I initially could not understand the issue you presented in your Motion.

Today I spoke with Mr. Brieschke in the Legal Department. I understand that he followed up with you and that you have now obtained copies of the documents you referenced in the Motion.

One of the reasons the Local Rules for the United States District Court for the District of Colorado impose a consultation requirement prior to filing motions is to address the very type of issue that was resolved when your concern was brought to my attention. Had you consulted with me on this issue, there may have been no need to file the Motion.

At this point, I believe it would be most efficient for me to file a brief response to the Motion apprising the Court that the issue raised in the Motion has been resolved. In that Motion, I propose to represent to the Court that you have obtained the relief you sought and that the Motion has been rendered moot. Please provide your position on this proposed representation to the Court:

_MAS_ I have obtained the relief I sought in the Motion and do not oppose counsel for Defendants representing to the Court that the Motion is moot.

_____ I oppose counsel for Defendants representing to the Court that I have obtained the relief I sought in the Motion and that the Motion is moot.

Thank you for your consideration.

                                              Sincerely,

                                              *s/Susan Prose*
                                              Susan Prose