IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that Plaintiff's Motion to Order Defendants to Provide Plaintiff With All Copies (Xerox) Needed for Handwritten Documentations (Docket No. 142) is denied as moot.

Date: October 19, 2009